# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLUMBUS CHRIS WILLIAMS

NO. 2019 KW 1306

**NOV 2 5 2019**

---

In Re:   Columbus  Chris  Williams,  applying  for  supervisory
writs,  32nd  Judicial  District  Court,  Parish  of
Terrebonne, No. 293144.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT